UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-196 |
| | ) | Chief Judge Haynes |
| ANTWAN MONTREZ PITTS | ) | |

## MOTION TO SUBSTITUTE COUNSEL

*[handwritten annotations: "GRANTED. This motion is granted. 6-8-13"]*

Comes now the United States of America, by and through the undersigned attorney, and moves the Court to substitute Assistant United States Attorney (AUSA) Clay T. Lee for former AUSA J. Alex Little.

Respectfully submitted,

DAVID A. RIVERA
Acting United States Attorney

By: *s/ Clay T. Lee*
    Clay T. Lee
    Assistant U. S. Attorney
    110 9th Avenue South - Suite A-961
    Nashville, Tennessee 37203-3870

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

William Jordan Steed, III
Jones, Hawkins & Farmer
One Nashville Place
150 Fourth Avenue North, Suite 1820
Nashville, TN 37219

                                                s/ Clay T. Lee
                                                CLAY T. LEE
                                                Assistant United States Attorney