UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-000196 |
| ) | JUDGE HAYNES |
| ) | |
| ANTWAN MONTREZ PITTS ) | |

MOTION TO RESCHEDULE SENTENCING HEARING

Undersigned counsel, Jay Steed, for the defense, respectfully files this Motion to Reschedule Sentencing Hearing, due to a scheduling conflict. This Court originally set the sentencing hearing for February 21, 2014 at 2:30 p.m., a date and time at which counsel was available (Docket No. 43). The Court recently rescheduled the hearing for the same date, February 21, 2014, but resetting the time for 10:00 a.m. (Docket No. 44).

Unfortunately, undersigned counsel was previously scheduled for two state hearings on the morning of February 21, at 9:00 a.m., including a hearing involving a specially appointed judge travelling from out-of-county. Counsel is not seeking to unnecessarily delay sentencing, and would be available for sentencing on February 21, 2014, in the afternoon. Should it be convenient to the Court, attorneys for both parties remain available on the afternoon of February 21, the currently scheduled date. In the alternative, counsel for the defense and Government are both available the following week, with suggested dates of February 24th, 26th, 27th, or 28th. Both attorneys are also available the following week, on March 3rd, March 5th, or March 6th.

Counsel obviously attempts to prioritize federal hearings, in light of the federal courts' extraordinarily busy calendars. If this Court denies this rescheduling request,

1